UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:24-CR-00299 |
| v. | |
| WILLIAM S. WELSH, | (Chief Judge Brann) |
| Defendant. | |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
NOV 05 2024
PER____DJ____
DEPUTY CLERK

### COUNT 1
### Production of Child Pornography
### 18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**WILLIAM S. WELSH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 7c2b0c271a6a50a99ee8a661efc7a250, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### WILLIAM S. WELSH,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value eb63fa13f23091bd5ee3e8e9f50a6dc9, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**WILLIAM S. WELSH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 0c5da496855b2bf329430d222b1c4f49, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### WILLIAM S. WELSH,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 0be0b670759bf27e0cd1c5d1e5bb3df2, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

COUNT 5
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

WILLIAM S. WELSH,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value fecf824e143823120427f294bb4d1377, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### WILLIAM S. WELSH,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 21b9cecd02f6b98c4941722d63e4d03a, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**WILLIAM S. WELSH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 9b092a490c7b16218a025280b55f8358, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### WILLIAM S. WELSH,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 43fc4c596884e843125445b624cc7ee3, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

### COUNT 9
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**WILLIAM S. WELSH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value 9ac566fb4eccbe447df738b82e513101, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 10</u>
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**WILLIAM S. WELSH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value ba6e62a5271dff8b5a88c9efcaffd26a, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 11
Production of Child Pornography
18 U.S.C. § 2251(a)

On or about January 15, 2023, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**WILLIAM S. WELSH,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, to wit, an image with MD5 Hash value fc7260c20a49366ca00397521248863d, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 12
Possession of Child Pornography
18 U.S.C. § 2252A(a)(5)(B)

Between on or about December 29, 2021 and on or about April 4, 2024, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### WILLIAM S. WELSH,

knowingly possessed and caused to be possessed, images of child pornography, as defined in Title 18, U.S.C. § 2256, depicting at least one minor, including a prepubescent minor who had not attained 12 years of age, engaged in sexually explicit conduct, that had been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and that were produced using materials that had been shipped or transported in interstate or foreign commerce by any means, including by computer or cellular telephone.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251(a) and (e), and Section 2252A(a)(5)(B), the defendant,

**WILLIAM S. WELSH,**

shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

 c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

 a. a Samsung S21 Ultra cellular phone, IMEI No. 355502294915489;

 b. an Apple iPhone 12 cellular phone, IMEI No. 352784723329606;

 c. a Samsung Chromebook, Serial No. 4WQR9RDR407766Z; and

 d. an Apple MacBook Pro, Serial No. C2QM6034FTPK.

If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

███████████
FOREPERSON

**GERARD M. KARAM**
United States Attorney

*[signature: Sarah Lloyd]*
SARAH R. LLOYD
Assistant United States Attorney

11-5-2024
Date